UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HEATHER ROLL; DAVID K.
RONAN; and COLLEEN RONAN,

    Plaintiffs,

v.                                            Case No. 6:20-cv-212-RBD-EJK

ENHANCED RECOVERY
COMPANY, LLC; and UNITED
HEALTHCARE SERVICES, INC.,

    Defendants.

## ORDER

The parties jointly moved to reopen this case so the Court could consider their joint stipulation on class certification. (Doc. 58 ("Motion").) On referral, U.S. Magistrate Judge Embry J. Kidd recommends granting the Motion. (Doc. 59 ("R&R").)

The parties do not objection to the R&R (Doc. 60), so the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge Embry J. Kidd's Report and Recommendation (Doc. 59) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. The parties' Joint Motion to Reopen This Case for Further Proceedings (Doc. 58) is **GRANTED.**

3. The Clerk is **DIRECTED** to reopen this case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 7, 2021.

ROY B. DALTON JR.
United States District Judge